IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                              No. 1:08-cr-10102-JDB-1

MICHAEL R. LEMONS,

    Defendant.

_____

MICHAEL R. LEMONS,

    Petitioner,

v.                                                              No. 1:16-cv-01158-JDB-egb

UNITED STATES OF AMERICA,

    Respondent.

_____

ORDER REINSTATING ORIGINAL SENTENCE
_____

In an order entered August 3, 2017, this Court granted relief to Michael R. Lemons pursuant to 28 U.S.C. § 2255 based on the decision rendered by the Sixth Circuit Court of Appeals in *United States v. Stitt*, 860 F.3d 854 (6th Cir. 2017) (*Stitt I*). (Civ. No. 1:16-cv-01158-JDB-egb, Docket Entry ("D.E") 9.) An amended criminal judgment was entered on July 24, 2017, reducing Lemons' sentence to time served (Crim. No. 1:08-cr-10102-JDB-1, D.E. 63), and the Government appealed (Civ. No. 1:16-cv-01158-JDB-egb, D.E. 13;

Crim. No. 1:08-cr-10102-JDB-1, D.E. 64.). Subsequently, in *United States v. Stitt*, 139 S. Ct. 399 (2018) (*Stitt II*), the United States Supreme Court reversed the Sixth Circuit's decision in *Stitt I*. On October 25, 2019, the Court of Appeals reversed the grant of relief under § 2255 in light of *Stitt II* and remanded the case to this Court with instructions to reinstate the original sentence. *Lemons v. United States*, Nos. 17-5945/5947 (6th Cir. Oct. 25, 2019). The mandate has now issued and the Government has moved for an order consistent with the appellate court's ruling. (Crim. No. 1:08-cr-10102-JDB-1, D.E. 71.)

Because of the limited nature of the remand--solely for the purpose of reinstating the original sentence--no hearing is necessary. A second amended criminal judgment will be entered in accordance with the order of the Court of Appeals, reinstating Lemons' original sentence of 180 months in the custody of the Bureau of Prisons and a three-year term of supervised release.

IT IS SO ORDERED this 23rd day of January 2020.
.

s/ J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE